UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:23-CR-00252 CRB |
| | ) | and Related Case |
| Plaintiff, | ) | 3:26-CR-00244 CRB |
| | ) | |
| v. | ) | ORDER FOR RELEASE FROM |
| | ) | UNITED STATES MARSHAL CUSTODY TO ICE |
| CANDY CELESTE ZUNIGA CARDONA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Pursuant to this Court's Order, dated July 1, 2026, the Court intends that Ms. Zuniga-Cardona be incarcerated for a period of 12 months plus two weeks on case number 3:26-CR-00244 CRB, and Nine months on case number 3:23-CR-00252 CRB, with both sentences to run currently and with the defendant receiving credit for time served dating to her initial arrest on October 2, 2025. On the last day of Defendant's sentence, if she remains in a local jail facility and is not in a BOP facility, the United States Marshal shall take her into custody and release her at 450 Golden Gate Ave in San Francisco to ICE Custody.

**IT IS SO ORDERED.**

DATED: July 2, 2026

HONORABLE CHARLES R. BREYER
United States District Judge